# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:17-cr-00273-RLW-DDN |
| ) | |
| NAKIA PHILLIPS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF ALIBI DEFENSE PURSUANT TO RULE 12.1

**COMES NOW** Defendant Phillips, by and through attorney Robert Herman, and pursuant to Federal Rule of Criminal Procedure, rule 12.1 advises the government that defendant intends to assert the alibi defense in that:

1. Defendant was not with the alleged victim SJ at the time, date and place of the offenses listed in the indictment.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By:  /s/  Robert Herman
Robert Herman, Bar No. 32376MO
8820 Ladue Road, Suite 201
St. Louis, Missouri 63124
Ph: (314) 862-0200
Fx: (314) 862-3050
bherman@laduelaw.com
*Attorney for Defendant, Nakia Phillips*

- 2 -

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on  July 25, 2017  , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to the counsel of record.

By:  /s/  Robert Herman