**FILED**
SEP 1 8 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **WAIVER OF INDICTMENT** |
| ) | |
| v. ) | No. S2-4:17CR0273 RLW |
| ) | |
| NAKIA PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

I, NAKIA PHILLIPS, the above named defendant, who is accused of three counts of Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  September 18, 2018, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

NAKIA PHILLIPS
Defendant

ROBERT HERMAN
Counsel for Defendant

Before
Judicial Officer